**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA,**

    **Plaintiff**

                                **CASE NO. 1:25-CR-00383-LLA**

    **v.**

**DANIELLE HILLMER,**

    **Defendant**

_____/

**NOTICE OF WITHDRAWAL**

Pursuant to Local Rule of Criminal Procedure 44.5(e), please notice the withdrawal of Lauren Archer as counsel for the government in the above-captioned matter.

Respectfully Submitted,

LORINDA I. LARYEA
Chief, Fraud Section
U.S. Department of Justice, Criminal Division

_/s/ Lauren Archer_
Lauren Archer (DC Bar No. 90017414)
Trial Attorney
1400 New York Avenue, NW
Washington, DC 20530
Phone: (202) 538-3859
Email: Lauren.Archer2@usdoj.gov